IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LOTTIE JEAN PARHAM and
ROSIE PARHAM                                                              PLAINTIFFS


v.                                      Case No. 1:15-cv-01048


HABILITATION CENTER, LLC f/n/a
ACADIA HEALTHCARE, INC.,
MILLCREEK OF ARKANSAS, and
MATT WILTSHIRE, DOUG FREEMAN,
and BRENDA MATTHEWS                                                       DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Stay the Time to File a Rule 26(f) Report.  (ECF

No. 22).  On September 2, 2015, this Court entered an Initial Scheduling Order requiring the parties

to file a joint Rule 26(f) report by November 12, 2015.  There are several motions pending before

the Court in this case.  The Court believes that the resolution of these issues will resolve several

outstanding concerns between the two parties and allow them to better determine their discovery

needs.  Accordingly, for the reasons stated above, Defendants' Motion to Stay the Time to File a

Rule 26(f) Report (ECF No. 22) is hereby **GRANTED**.  The time required to file a joint Rule 26(f)

report is stayed until 10 days after the resolution of all currently pending motions.

IT IS SO ORDERED, this 13th day of November, 2015.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge