IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LOTTIE JEAN PARHAM and
ROSIE PARHAM                                                                PLAINTIFFS

v.                                   Case No. 1:15-cv-1048

HABILITATION CENTER, LLC;
MILLCREEK OF ARKANSAS; and
DOUG FREEMAN                                                                DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants Habilitation Center, LLC, Millcreek of Arkansas, and Doug Freeman. ECF No. 45. Plaintiffs Lottie Jean Parham and Rosie Parham have filed a response in opposition to the motion. ECF No. 57. Defendants have replied. ECF No. 63. The Court finds this matter ripe for its consideration.

For the reasons discussed in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment is **GRANTED**. Accordingly, Plaintiffs' Amended Complaint (ECF No. 27) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of September, 2017.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            United States District Judge